UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DUSTIN JACKSON** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 17-470-SDD-RLB** |
| **FCCI INSURANCE COMPANY, ET AL.** | |

# ORDER

Before the Court is Defendants' Motion to Stay Discovery Pending Scheduling Conference (R. Doc. 33) filed on September 25, 2017. The deadline to file any opposition to the motion was October 16, 2017. The motion is therefore deemed unopposed.

As set forth in the motion and reflected in the docket, there are pending issues regarding this Court's jurisdiction, whether certain parties are properly joined, and whether venue is appropriate in this district. No scheduling order has been issued and the scheduling conference previously set was cancelled pending resolution of outstanding jurisdictional matters. (R Doc. 32).

The undersigned issued a Report and Recommendation on October 13, 2017, recommending to the district judge that the pending motion to remand be granted and that this matter be remanded to state court due to lack of federal jurisdiction. (R. Doc. 34).

In light of all of these outstanding issues, especially the uncertainty of this Court's jurisdiction, the Court finds that a stay of discovery is appropriate in this matter. Should the pending jurisdictional and venue motions be resolved and the stay should be lifted in this district,

counsel shall contact the undersigned upon docketing of the district judge's rulings.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Stay Discovery Pending Scheduling Conference (R. Doc. 33) is GRANTED. No formal discovery shall proceed until the entry of a scheduling order in this matter or as otherwise ordered by the Court.

Signed in Baton Rouge, Louisiana, on October 17, 2017.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**