**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

DUSTIN JACKSON

VERSUS

FCCI INSURANCE
COMPANY, ET AL.

CIVIL ACTION

17-470-SDD-RLB

## <u>RULING</u>

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois dated October 13, 2017, to which an *Objection*[3] has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand*[4] filed by Plaintiff is granted and this matter is remanded to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Signed in Baton Rouge, Louisiana on <u>November 28, 2017</u>.

_____

**JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 34.
[3] Rec. Doc. 36.
[4] Rec. Doc. 4.